# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS
### JOHN JOSEPH MOAKLEY
### UNITED STATES COURTHOUSE
### 1 COURTHOUSE WAY, SUITE 4130
### BOSTON, MASSACHUSETTS 02210

NANCY GERTNER
DISTRICT JUDGE

October 14, 2004

**BY FEDEX**

The Honorable Mary M. Lisi, Chair
Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington DC 20544

        Re:    <u>Financial Disclosure Report - 2003</u>

Dear Judge Lisi:

       In response to your letter of September 15, 2004, I have enclosed a corrected original and three copies of Judge Nancy Gertner's Financial Disclosure Report. I have also enclosed four copies of an explanatory letter and attachments from Judge Gertner's financial advisor.

       Thank you for your attention.

<span style="color:gray">██████████████████████████████████</span>
                   Judicial Assistant to
                   NANCY GERTNER, JUDGE,
                   U.S. DISTRICT COURT

/gam
encls. (8)

RECEIVED Oct 15 12 02 PM '04 FINANCIAL DISCLOSURE OFFICE

| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>Calendar Year 2003 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Gertner, Nancy | 2. Court or Organization<br><br>U.S. District Court - MA | 3. Date of Report<br><br>10/14/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Judge - Active | 5. ReportType (check appropriate type)<br><br>○ Nomination, Date 10/27/1993<br><br>○ Initial　● Annual　○ Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>John Joseph Moakley U.S. Court<br>1 Courthouse Way, Ste. 4130<br>Boston MA 02210 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Petra Foundation (a non-profit foundation) |
| 2. Instructor | Yale Law School |
| 3. Guest Instructor | John F. Kennedy Library American Studies Summer Institute |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1994 | Dwyer, Collora & Gertner: Partnership Agreement |
| 2. 1987 | Silverglate, Gertner, Fine & Good: Partnership Agreement |

FINANCIAL DISCLOSURE OFFICE RECEIVED OCT 15 12 02 PM '04

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☐ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2003 | Yale Law School; teaching sentencing seminar, spring and fall semesters. | 21,250 |
| 2. | 7/03 | John F. Kennedy Library, American Studies Summer Institute | 200.00 |

### B. Spouse's Non-Investment Incom  - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS  – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE  - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Yale Law School, New Haven, Connecticut, where I am an instructor | Travel to CT, lodging, and/or meals, 1/17,30; 2/6, 13, 27; 3/6; 4/15; 5/1, 8; 9/5, 17, 18, 19, 26; 10/3, 17; 11/21; 12/12, 19 |
| 2. | Stanford University Law School | Travel to CA, meals lodging, Feb. 17-21 |
| 3. | Stanford University Law School | Travel to CA, lodging, April 11 |
| 4. | American Bar Assoc., CEELI | Travel to Washington, May 5 |
| 5. | American Law Institute | Travel to Chicago, lodging May 12-14 |
| 6. | University of Strathclyde, Scotland | Partial travel and lodging. June 24 - July 2 |
| 7. | Spangenberg Group | Travel, lodging, meals Oct. 7-10 |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br><br>Gertner, Nancy | Date of Report<br><br>10/14/2004 |
|---|---|---|

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE    - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 8. | Fordham University Law School | Travel Nov. 13 |
| 9. | ABA CEELI, teaching in Prague | Travel, meals, lodging, Nov. 24-27 |
| 10. | Spangenberg Group - teaching in China | Travel, meals, lodging, Oct. 11-18 |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Gertner, Nancy | 10/14/2004 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. First USA Visa | Visa - Revolving Credit | J |
| 2. American Express | Revolving Credit | J |
| 3. Bloomingdales | Revolving Credit | J |
| 4. Fleet | Visa - Revolving Line of Credit | J |
| 5. Bank of America - Visa | Visa - Revolving Credit | J |
| 6. Filenes | Revolving Credit | J |
| 7. ATT Universal Card | Revolving Credit | J |
| 8. American Express Blue | Revolving Credit | J |
| 9. People's | Revolving Credit | J |
| 10. Discover | Revolving Credit | J |
| 11. Chase | Revolving Credit | J |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Gertner, Nancy | 10/14/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | B. (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. IRA ACCOUNT AT SCHWAB: | | | | | | | | | |
| 2. Schwab Money Market | A | Dividend | J | T | | | | | |
| 3. Investment Company of America | A | Dividend | K | T | partial sale | 12/12 | K | C | |
| 4. Bramwell Growth | | None | J | T | partial sale | 7/30 | J | A | |
| 5. PIMCO RCM Global Tech. | | None | | | sale | 12/9 | J | | |
| 6. Bramwell Growth | | | | | sale | 12/9 | J | A | |
| 7. Janus Worldwide | | None | | | sale | 12/9 | J | | |
| 8. ABN Amro Growth, formerly Montag & Caldwell Growth | | None | J | T | partial sale | 7/30 | J | | |
| 9. ABN Amro Growth | | | | | sale | 12/9 | J | | |
| 10. White Oak Growth Stock | | None | J | T | partial sale | 7/30 | J | | |
| 11. White Oak Growth Stock | | | | | sale | 12/9 | J | | |
| 12. Cisco Systems Common Stock | | None | J | T | | | | | |
| 13. Harbor Capital Appreciation | | None | | - | sale | 12/9 | J | | |
| 14. Managers Essex Aggressive Growth | | None | J | T | partial sale | 7/30 | J | | |
| 15. Managers Essex Aggressive Growth | | | | | sale | 12/9 | J | | |
| 16. Dodge & Cox Balanced Fund | A | Dividend | J | T | buy | 12/16 | J | | |
| 17. FPA Crescent Instl | A | Dividend | J | T | buy | 12/16 | J | | |
| 18. First Eagle Global Fund | A | Dividend | K | T | buy | 7/31 | J | | |

1. Income/Gain Codes:  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,001-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
   Value Method Codes:  Q = Appraisal   T = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)  U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Gertner, Nancy | 10/14/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. First Eagle Global Fund | | | | | buy | 12/12 | J | | |
| 20. Hybridon Inc. Common Stock | | None | J | T | buy | 10/1 | J | | |
| 21. Jensen Portfolio | A | Dividend | J | T | buy | 12/16 | J | | |
| 22. Oakmark Equity Income | A | Dividend | K | T | buy | 7/31 | J | | |
| 23. Oakmark Equity Income | | | | | buy | 12/12 | J | | |
| 24. Parnassus Equity Income | A | Dividend | J | T | buy | 12/12 | J | | |
| 25. Royce Special Equity Fund | | None | J | T | buy | 12/12 | J | | |
| 26. T. Rowe Price Cap. Apprec. | A | Dividend | K | T | buy | 12/10 | J | | |
| 27. T. Rowe Price Cap. Apprec. | | | | | buy | 12/16 | J | | |
| 28. SECOND IRA AT SCHWAB: | | | | | | | | | |
| 29. Schwab Money Mkt. | A | Dividend | J | T | | | | | |
| 30. Dodge & Cox Balance | A | Dividend | J | T | | | | | |
| 31. Longleaf Partners | A | Dividend | J | T | | | | | |
| 32. Longleaf Partners | | | | | buy | 12/12 | J | A | |
| 33. T. Rowe Price - MidCap Growth | | None | | | sale | 12/10 | J | A | |
| 34. Weitz Partner's Value | A | Dividend | J | T | partial sale | 12/10 | J | A | |
| 35. Managers Capital Appreciation | | None | | | sale | 12/10 | J | | |
| 36. FPA Crescent Int'l | A | Dividend | J | T | buy | 7/31 | J | | |

1. Income/Gain Codes:  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes  Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)  U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Gertner, Nancy | 10/14/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. FPA Crescent Int'l | A | Dividend | J | T | buy | 2/12 | J | | |
| 38. Matrix Advisors value fund | | None | J | T | buy | 12/16 | J | | |
| 39. Brokerage Account at Schwab: | | | | | | | | | |
| 40. Schwab Money Market* (see section VIII) | | None | J | T | | | | | |
| 41. Cash* (see section VIII) | | None | J | T | | | | | |
| 42. UTMA ACCOUNT AT SCHWAB: | | | | | | | | | |
| 43. Schwab Money Market* | A | Dividend | J | T | | | | | |
| 44. Cash* (see section VIII) | | None | J | T | | | | | |
| 45. Cisco Systems common stock | | None | J | T | | | | | |
| 46. Oakmark Equity Income | | None | J | T | buy | 12/12 | J | | |
| 47. 2nd UTMA ACCOUNT AT SCHWAB: | | | | | | | | | |
| 48. Scwab Money Market | A | Dividend | J | T | | | | | |
| 49. Citigroup common stock | | None | J | T | buy | 12/12 | J | | |
| 50. Lafayette Limited Partnership | | None | J | U | | | | | |
| 51. Winthrop CA Investors LP | | None | J | W | | | | | |
| 52. IRA Account at Vanguard | A | Dividend | J | T | | | | | |
| 53. Parking space, carriage house rent | E | Rent | K | W | | | | | |
| 54. Bankers Nat'l. Life Ins. - Annuity** (see section VIII) | | None | J | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000
3. Value Method Codes    Q = Appraisal    P = C ...Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Gertner, Nancy | 10/14/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. | | | | | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,090,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000

3. Value Method Codes:    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

Part II, Agreements: The partnership agreement with Dwyer, Collora & Gertner (now Dwyer & Collora) governs the partnership distribution (including capital contribution and fees) for legal services rendered before my induction on April 25, 1994. The partnership agreement with Silverglate, Gertner, Fine & Good governs fees generated during the partnership life (which ended in 1990) but received after its termination.

Part VII - *Cash moves between money market and cash accounts, as purchases and sales of holdings are made. The money balance is held in a positoin actually called "Cash"; a position where funds are held before they are swept into a money market account. Please see attached statements.

**Policy was purchased for $4,856 on 6/30/83. Policy was realized when current policy administrator (Conseco) sent out notification to policy holders as to their new administrator.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____       Date _10/14/04_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544



**Fairfield Financial**
Advisors, Ltd.

Jane V. King, CFP
*President*

October 6, 2004

Gail A. MacDonald, Judicial Assistant
Nancy Gertner, Judge
U.S. District Court, District of MA
1 Courthouse Way, Suite 4130
Boston, MA  02210

RE: Financial Disclosure Report Form – 2003

Dear Gail:

For Part VII, page 3, lines 37 and 40, we listed "Cash" and we are being asked to give a true account name. This is the true account name and I've enclosed the two Schwab statements that show this. You may respond with: The money balance is held in a position actually called "Cash"; a position where funds are held before they are swept into a money market account. Please see attached statements.

For Part VII, page 2, line 21, we are being asked why Schwab Money Market was listed in 2002 but not in 2003. It actually is listed but there are four lines missing from my handwritten sheet to the typed sheet. One of these lines is the label for the brokerage account. You may respond with: The Schwab Money Market account is listed on pg. 2, line 36, but was missing the account label. Please see correction.

When you make the correction, add the other missing lines as well.

Please call if you have any questions on this.

Best regards,

Lori A. Colella

*charles* SCHWAB
INSTITUTIONAL

Custodial and brokerage services provided by Charles Schwab & Co., Inc. Member SIPC/NYSE.

**Account Of**

NANCY GERTNER

⟨ BROKERAGE ACCOUNT ⟩

**Your Independent\* Investment Advisor**

FAIRFIELD FINANCIAL ADVISORS
FA MASTER ACCOUNT

WELLESLEY MA

**Account Value Summary**

Starting Account Value

Cash & Money Market Funds
Investments

Ending Account Value

Change in Value of Investments

**Investment Detail**

| Description | Symbol | Quantity | Price | Market Value |
|---|---|---|---|---|
| Cash and Money Market Funds (Sweep) | | | | |
| CASH | | | | |

Total Account Value

ACTUAL NAME OF ACCOUNT HOLDING



Schwab Institutional is a division of Charles Schwab & Co., Inc., ("Schwab"), and provides back office and other services to investment advisors and retirement plan providers. This statement is furnished solely for your account at Schwab. Except as noted in this statement's Terms and Conditions, investment advisors or retirement plan providers whose names appear in this statement are not affiliated with Schwab. Please see Terms and Conditions.

© 20   Charles Schwab & Co., Inc. All rights reserved. Member     New York Stock Exchange. CRS 1257   (0600-0705

G. CRITNER

**Custodial Account**
**Account Number:**

*UTMA ACCOUNT*

## Investment Detail

| Description | Symbol | Quantity | Price | Market Value |
|---|---|---|---|---|
| **Cash and Money Market Funds (Sweep)** | | | | |
| CASH | | | | |

*ACTUAL NAME OF ACCOUNT HOLDING*

| Description | Symbol | Quantity | Price | Market Value |
|---|---|---|---|---|
| **Investments** | | | | |
| CISCO SYSTEMS INC | CSCO L | | | |
| OAKMARK EQUITY INCOME FD ◊ | OAKBX L | | | |

| | | |
|---|---|---|
| **Total Account Value** | | **$ 2,572.16** |

## Transaction Detail

| Settle Date | Trade Date | Transaction | Description | Quantity | Price | Total |
|---|---|---|---|---|---|---|
| **Cash & Money Market Fund(s) Activity** | | | | | | |
| 12/31 | 12/31 | Cash Dividend | SCHWAB MONEY MARKET FUND | | | |
| **Investments Activity** | | | | | | |
| 12/12 | 12/11 | Bought | OAKMARK EQUITY INCOME FD | | | |

## Money Funds Detail

| Settle Date | Transaction | Quantity | Price | Purchase/Debit | Sale/Credit |
|---|---|---|---|---|---|
| **MONEY MARKET FUNDS (SWEEP) ACTIVITY** | | | | | |
| **Opening Shares of SCHWAB MONEY MARKET FUND** | | | | | |
| 12/12 | Redeemed | | | | |
| **Closing Shares of SCHWAB MONEY MARKET FUND** | | | | | |

## Footnotes For Your Account

◊    Dividends paid on this security will be automatically reinvested.

*Please see "Footnotes for Your Account" section for an explanation of the footnote codes and symbols on this statement.*

Schwab Institutional is a division of Charles Schwab & Co., Inc., ("Schwab"), and provides back office and other services to investment advisors and retirement plan providers. This statement is furnished solely for your account at Schwab. Except as noted in this statement's Terms and Conditions, investment advisors or retirement plan providers whose names appear in this statement are not affiliated with Schwab. Please see Terms and Conditions.

©2005 Charles Schwab & Co., Inc. All rights reserved. Member SIPC/New York Stock Exchange. CRS (357) 40603-0795. STB104H001-01 (01 )



| AO-10 Rev. 1/2004 | **FINANCIAL DISCLOSURE REPORT** Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial) Gertner, Nancy | 2. Court or Organization U.S. District Court - MA | 3. Date of Report 8/23/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) Judge - Active | 5. ReportType (check appropriate type) ⦿ Nomination, Date 10/27/1993 ◯ Initial ◯ Annual ◯ Final | 6. Reporting Period 1/1/2003 to 12/31/2003 |
| 7. Chambers or Office Address John Joseph Moakley U.S. Court 1 Courthouse Way, Ste. 4130 Boston MA 02210 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Petra Foundation (a non-profit foundation) |
| 2. | Instructor | Yale Law School |
| 3. | Guest Instructor | John F. Kennedy Library American Studies Summer Institute |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE** - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1994 | Dwyer, Collora & Gertner: Partnership Agreement |
| 2. | 1987 | Silverglate, Gertner, Fine & Good: Partnership Agreement |

RECEIVED Aug 24 11 20 AM '04 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☐ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2003 | Yale Law School; teaching sentencing seminar, spring and fall semesters. | 21,250 |
| 2. | 7/03 | John F. Kennedy Library, American Studies Summer Institute | 200.00 |

### B. Spouse's Non-Investment Incom  - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE  - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Yale Law School, New Haven, Connecticut, where I am an instructor | Travel to CT, lodging, and/or meals, 1/17,30; 2/6, 13, 27; 3/6; 4/15; 5/1, 8; 9/5, 17, 18, 19, 26; 10/3, 17; 11/21; 12/12, 19 |
| 2. | Stanford University Law School | Travel to CA, meals lodging, Feb. 17-21 |
| 3. | Stanford University Law School | Travel to CA, lodging, April 11 |
| 4. | American Bar Assoc., CEELI | Travel to Washington, May 5 |
| 5. | American Law Institute | Travel to Chicago, lodging May 12-14 |
| 6. | University of Strathclyde, Scotland | Partial travel and lodging, June 24 - July 2 |
| 7. | Spangenberg Group | Travel, lodging, meals Oct. 7-10 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE    - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 8. | Fordham University Law School | Travel Nov. 13 |
| 9. | ABA CEELI, teaching in Prague | Travel, meals, lodging, Nov. 24-27 |
| 10. | Spangenberg Group - teaching in China | Travel, meals, lodging, Oct. 11-18 |

## VI. LIABILITIES.   (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE   - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | First USA Visa | Visa - Revolving Credit | J |
| 2. | American Express | Revolving Credit | J |
| 3. | Bloomingdales | Revolving Credit | J |
| 4. | Fleet | Visa - Revolving Line of Credit | J |
| 5. | Bank of America - Visa | Visa - Revolving Credit | J |
| 6. | Filenes | Revolving Credit | J |
| 7. | ATT Universal Card | Revolving Credit | J |
| 8. | American Express Blue | Revolving Credit | J |
| 9. | People's | Revolving Credit | J |
| 10. | Discover | Revolving Credit | J |
| 11. | Chase | Revolving Credit | J |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month –<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code<br>1 (A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. IRA ACCOUNT AT SCHWAB: | | | | | | | | | |
| 2. Schwab Money Market | A | Dividend | J | T | | | | | |
| 3. Investment Company of America | A | Dividend | K | T | partial sale | 12/12 | K | C | |
| 4. Bramwell Growth | | None | J | T | partial sale | 7/30 | J | A | |
| 5. PIMCO RCM Global Tech. | | None | | | sale | 12/9 | J | | |
| 6. Bramwell Growth | | | | | sale | 12/9 | J | A | |
| 7. Janus Worldwide | | None | | | sale | 12/9 | J | | |
| 8. ABN Amro Growth, formerly Montag & Caldwell Growth | | None | J | T | partial sale | 7/30 | J | | |
| 9. ABN Amro Growth | | | | | sale | 12/9 | J | | |
| 10. White Oak Growth Stock | | None | J | T | partial sale | 7/30 | J | | |
| 11. White Oak Growth Stock | | | | | sale | 12/9 | J | | |
| 12. Cisco Systems Common Stock | | None | J | T | | | | | |
| 13. Harbor Capital Appreciation | | None | | | sale | 12/9 | J | | |
| 14. Managers Essex Aggressive Growth | | None | J | T | partial sale | 7/30 | J | | |
| 15. Managers Essex Aggressive Growth | | | | | sale | 12/9 | J | | |
| 16. Dodge & Cox Balanced Fund | A | Dividend | J | T | buy | 12/16 | J | | |
| 17. FPA Crescent Instl | A | Dividend | J | T | buy | 12/16 | J | | |
| 18. First Eagle Global Fund | A | Dividend | K | T | buy | 7/31 | J | | |

1. Income/Gain Codes:       A = $1,000 or less       B = $1,001-$2,500       C = $2,501-$5,000       D = $5,001-$15,000       E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000    G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:             J = $15,000 or less     K = $15,001-$50,000     L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000   O = $500,001-$1,000,000 P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
                            P3 = $25,000,001-$50,000,000                    P4 = $More than $50,000,000
3. Value Method Codes       Q = Appraisal           R = Cost (Real Estate Only)  S = Assessment      T = Cash/Market
   (See Column C2)          U = Book Value          V = Other               W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Gertner, Nancy | 8/23/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. First Eagle Global Fund | | | | | buy | 12/12 | J | | |
| 20. Hybridon Inc. Common Stock | | None | J | T | buy | 10/1 | J | | |
| 21. Jensen Portfolio | A | Dividend | J | T | buy | 12/16 | J | | |
| 22. Oakmark Equity Income | A | Dividend | K | T | buy | 7/31 | J | | |
| 23. Oakmark Equity Income | | | | | buy | 12/12 | J | | |
| 24. Parnassus Equity Income | A | Dividend | J | T | buy | 12/12 | J | | |
| 25. Royce Special Equity Fund | | None | J | T | buy | 12/12 | J | | |
| 26. T. Rowe Price Cap. Apprec. | A | Dividend | K | T | buy | 12/10 | J | | |
| 27. T. Rowe Price Cap. Apprec. | | | | | buy | 12/16 | J | | |
| 28. SECOND IRA AT SCHWAB: | | | | | | | | | |
| 29. Schwab Money Mkt. | A | Dividend | J | T | | | | | |
| 30. Dodge & Cox Balance | A | Dividend | J | T | | | | | |
| 31. Longleaf Partners | A | Dividend | J | T | | | | | |
| 32. Longleaf Partners | | | | | buy | 12/12 | J | A | |
| 33. T. Rowe Price - MidCap Growth | | None | | | sale | 12/10 | J | A | |
| 34. Weitz Partner's Value | A | Dividend | J | T | partial sale | 12/10 | J | A | |
| 35. Managers Capital Appreciation | | None | | | sale | 12/10 | J | | |
| 36. Schwab Money Market* | | None | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less<br>F = $50,001-$100,000 | B = $1,001-$2,500<br>G = $100,001-$1,000,000 | C = $2,501-$5,000<br>H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000<br>H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less<br>N = $250,000-$500,000<br>P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000<br>O = $500,001-$1,000,000 | L = $50,001-$100,000<br>P1 = $1,000,001-$5,000,000<br>P4 = $More than $50,000,000 | M = $100,001-$250,000<br>P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal<br>U = Book Value | R = Cost (Real Estate Only)<br>V = Other | S = Assessment<br>W = Estimated | T = Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gertner, Nancy | 8/23/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | B. (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. If not exempt from disclosure (2) Date: Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. Cash* | | None | J | T | | | | | |
| 38. UTMA ACCOUNT AT SCHWAB: | | | | | | | | | |
| 39. Schwab Money Market* | A | Dividend | J | T | | | | | |
| 40. Cash* | | None | J | T | | | | | |
| 41. Cisco Systems common stock | | None | J | T | | | | | |
| 42. Oakmark Equity Income | | None | J | T | buy | 12/12 | J | | |
| 43. 2nd UTMA ACCOUNT AT SCHWAB: | | | | | | | | | |
| 44. Scwab Money Market | A | Dividend | J | T | | | | | |
| 45. Citigroup common stock | | None | J | T | buy | 12/12 | J | | |
| 46. Lafayette Limited Partnership | | None | J | U | | | | | |
| 47. Winthrop CA Investors LP | | None | J | W | | | | | |
| 48. IRA Account at Vanguard | A | Dividend | J | T | | | | | |
| 49. Parking space, carriage house rent | E | Rent | K | W | | | | | |
| 50. Bankers Nat'l. Life Ins. - Annuity** | | None | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,000-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Gertner, Nancy | 8/23/2004 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

Part II, Agreements: The partnership agreement with Dwyer, Collora & Gertner (now Dwyer & Collora) governs the partnership distribution (including capital contribution and fees) for legal services rendered before my induction on April 25, 1994. The partnership agreement with Silverglate, Gertner, Fine & Good governs fees generated during the partnership life (which ended in 1990) but received after its termination.

Part VII - *Cash moves between money market and cash accounts, as purchases and sales of holdings are made.

      **Policy was purchased for $4,856 on 6/30/83. Policy was realized when current policy administrator (Conseco) sent out notification to policy holders as to their new administrator.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Gertner, Nancy | 8/23/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature _____     Date _8/22/04_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544